UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Sharon Cheney</u>

     v.                        Civil No. 12-cv-465-JL

<u>CitiMortgage, Inc.</u>

### <u>ORDER AFTER PRELIMINARY PRETRIAL CONFERENCE</u>

The Preliminary Pretrial Conference was held in chambers on **July 2, 2013.**

The matter is stayed for 90 days to facilitate a settlement, which counsel represented would like involve a "deed in lieu of foreclosure" or similar disposition.  Status reports due on **August 2, 2013, September 3, 2013** and **October 2, 2013.**

The Discovery Plan and schedule is as follows:

- Plaintiff's expert disclosure – **November 29, 2013**
- Defendants' Expert disclosure – **December 30, 2013**
- Expert Report Supplementation – **January 14, 2014**
- Expert Challenges – **March 20, 2014**
- Motions for summary judgment – **February 14, 2014**
- Jury trial – **July, 2014**

**Summary Judgment.**  The parties and counsel are advised that compliance with Rule 56(e) and Local Rule 7.2(b), regarding evidentiary support for factual assertions, and specification and

delineation of material issues of disputed fact, will be required.

**Oral argument on dispositive motions**.  Counsel and the parties should anticipate that oral argument will be held on all dispositive motions.  Any party preferring that such a motion be decided on the written filings alone should so notify the clerk.

**Discovery disputes**.  Discovery disputes will be handled by the undersigned judge, as opposed to the Magistrate Judge, in the normal course.  No motion to compel is necessary.  The party or counsel seeking discovery-related relief should confer with adverse counsel to choose mutually available dates, and then contact the Deputy Clerk to schedule a conference call with the court.  The court will inform counsel and parties what written materials, if any, should be submitted in advance of the conference call.

Customary motions to compel discovery, while disfavored by the undersigned judge, are nonetheless permissible.  If counsel prefer traditional discovery litigation to the conference call procedure set forth above, any such motion to compel should expressly request, in the title of the motion, a referral to the United States Magistrate Judge.  Such referral requests will normally be granted.  If the Magistrate Judge is recused, alternate arrangements will be made.

**SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

Dated:  July 3, 2013

cc:  Cory R. Mattocks, Esq.
     Jeremy A. Miller, Esq.
     Joshua William Gardner, Esq.
     Alexander G. Henlin, Esq.